1054

[No. 9982–5–I.   Division One.   April 5, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS
DANIEL MARSHALL, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–03588–2, Liem E. Tuai, J., entered
December 31, 1980. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Swanson and Corbett, JJ.

[No. 9968–0–I.   Division One.   April 5, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS
JAMES CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04251–0, William C. Goodloe, J., entered
February 19, 1981. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by James and Williams, JJ.

[No. 8831–9–I.   Division One.   April 5, 1982.]

JACK B. MULLEN, *Appellant,* v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 40834, Harry A. Follman, J., entered April 21,
1980. *Affirmed* by unpublished opinion per James, J., con-
curred in by Andersen, C.J., and Corbett, J.

[No. 9104–2–I.   Division One.   April 5, 1982.]

JOSEPH B. MEDER, *Appellant,* v. SUSAN E. HEBERT,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 848907, Norman W. Quinn, J., entered July 7,
1980. *Affirmed* by unpublished opinion per James, J., con-
curred in by Durham, A.C.J., and Williams, J.